UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE E. MEISSE SHUFORD,<br><br>                            Plaintiff,<br><br>– against –<br><br>UNITED STATES OF AMERICA,<br><br>                           Defendant. | **ORDER**<br><br>13-CV-6303 |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 24 2019 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

Plaintiff has been awarded federal workers' compensation benefits and is therefore barred from bringing an independent suit against the United States. *See* 5 U.S.C. § 8116(c); *Votteler v. United States*, 904 F.2d 128, 130 (2d Cir. 1990) ("[The Federal Employees Compensation Act ("FECA")] is the exclusive remedy for work-related injuries sustained by federal employees"); *Mathirampuzha v. Potter*, 548 F.3d 70, 81 (2d Cir. 2008) ("Because the FECA is an "exclusive" remedy, . . . it deprives federal courts of subject-matter jurisdiction to adjudicate claims brought under the [Federal Tort Claims Act] for workplace injuries that are covered by the FECA." (internal citation omitted)). The case is dismissed.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: April 24, 2019
       Brooklyn, New York

